NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number: 13644
KIMBERLY SOKOLICH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Kimberly.Sokolich@usdoj.gov
*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JAIQUAN LOVE,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00096<br><br>PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Alicia Coughlin, U. S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

　　　Dated this 17th day of July, 2020.

　　　　　　　　　　　　　　　　　　　　　　NICHOLAS A. TRUTANICH
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/Kimberly Sokolich
　　　　　　　　　　　　　　　　　　　　　　KIMBERLY SOKOLICH
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. JAIQUAN LOVE                                  Docket No. 2:20-cr-00096-RFB-VCF-1

Petition for Action on Conditions of Pretrial Release

COMES NOW ALICIA COUGHLIN, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jaiquan Love.  The defendant initially appeared before Judge Daniel Albregts on April 22, 2020 for his initial appearance. On that date, the detention hearing was continued to allow Pretrial Services additional time to verify the defendant's background information. On April 24, 2020, the defendant appeared before Judge Albregts for a detention hearing, and he was released on a Personal Recognizance Bond with the following conditions of release:

1. The defendant shall report to Pretrial Services for Supervision.
2. The defendant shall use his/her true name only and shall not use any false identifiers.
3. Defendant shall maintain residence at 1701 North Rancho Drive, Apartment 17, Las Vegas, Nevada, and may not move prior to obtaining permission from PTS or the supervising officer.
4. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel. (Jennings and Taj)
5. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
6. The defendant shall provide written proof that his/her access to and possession of said firearm and/or dangerous weapon(s) has been discontinued. The written proof shall be provided to Pretrial Services or the supervising officer.
7. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner. This includes Marijuana and/or any item containing THC.
8. The defendant shall refrain from any use of alcohol.
9. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
10. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
11. The defendant shall not be in the presence of anyone using or possessing: A narcotic drug or other controlled substances or Alcohol
12. The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if Pretrial Services or the supervising officer considers it advisable.
13. The defendant shall pay all or part of the cost of the substance abuse treatment program or evaluation based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.

14. The defendant shall participate in one of the following location monitoring program components and abide by its requirements as Pretrial Services or the supervising officer instructs; Home Detention: The defendant is restricted to his/her residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities preapproved by Pretrial Services or the supervising officer.
15. The defendant shall submit to the type of location monitoring technology indicated below and abide by all of the program requirements and instructions provided by Pretrial Services or the supervising officer related to the proper operation of the technology; Location monitoring technology as directed by Pretrial Services or the supervising officer.
16. Report via telephone and instance of COVID-19 symptoms, exposure and/or quarantine immediately to PTS, comply w/ directives of medical/public health/gov't officials w/ respect to quarantine/stay at home orders.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. On July 13, 2020, the defendant reported that he was kicked out of his residence, in violation of his condition to maintain residence at 1701 North Rancho Drive, Apartment 17, Las Vegas, Nevada, and may not move prior to obtaining permission from PTS or the supervising officer.

**PRAYING THAT THE COURT WILL ORDER THAT A SUMMONS BE ISSUED BASED UPON THE ALLEGATION OUTLINED ABOVE. FURTHER, THAT A HEARING BE SET TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

| **ORDER OF COURT** | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 17th day of June, 2020 and ordered filed and made a part of the records in the above case. | Executed on this 17TH day of July, 2020. |
| | Respectfully Submitted, |
| _[signature]_ | EO _Alicia Coughlin_ |
| Honorable Daniel J. Albregts | Alicia Coughlin |
| U.S. Magistrate Judge | U.S. Pretrial Service Officer |
| | Place: <u>Las Vegas, Nevada</u> |